# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LORA L. STANLEY, Individually and as next Friend on behalf of her Minor children: JOSHUA STANLEY, JESSICA STANLEY, and MCKENNA STANLEY, | ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 05-CV-4203-JPG |
| CARRIER MILLS-STONEFORT SCHOOL DISTRICT NO. 2 and RICHARD MORGAN, SUPERINTENDENT, individually and in his official capacity; | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT IN A CIVIL CASE

The parties having settled the above action,

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATE: May 16, 2007**

**NORBERT G. JAWORSKI, CLERK**

**By:s/Deborah Agans, Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**
           **J. PHIL GILBERT**
           **U.S. District Judge**